# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN ARMSTRONG

VERSUS

INTERIOR EXTERIOR BLDG. SUPPLY,
LP, AND XYZ, INC., ET AL

NO. 2022 CW 0364

CONSOLIDATED WITH

LETITIA SMITH, INDIVIDUALLY,
CORDERO TATE, INDIVIDUALLY,
DARNELL TATE, INDIVIDUALLY, LATOYA
BRADLEY, INDIVIDUALLY, DANIELLE
TATE, INDIVIDUALLY, ANTHONY TATE,
INDIVIDUALLY, JOHN ARMSTRONG,
DANQUAIL BROWN, INDIVIDUALLY, AND
DYMONESHA BROWN, INDIVIDUALLY ON
BEHALF OF DARNELL SMITH

VERSUS

INTERIOR/EXTERIOR BUILDING SUPPLY,
LIMITED PARTNERSHIP, AMERISURE
INSURANCE, INTERIOR/EXTERIOR
ENTERPRISES, L.L.C., NISSAN
FORKLIFT CORPORATION, AND ABC
INSURANCE COMPANY

**OCTOBER 5, 2022**

---

In Re:  Letitia Smith, et al., applying for rehearing, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 666538 c/w 666604.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT